```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FNTV, LLC,

                Plaintiff,
                                                    ORDER
         - against -
                                              23 Civ. 01146 (NRB)
Source Digital Inc.,

                Defendant.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in principle in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED:   New York, New York
         September 27, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE