

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

November 8, 2023

**VIA E-MAIL**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>FNTV, LLC v. Source Digital,</u> Inc., No. 1:23-cv-01146-NRB

Dear Judge Buchwald:

We represent Plaintiff Source Digital ("Plaintiff") in the above-captioned case and write to respectfully request that the Court extend the deadline to file a Stipulation of Dismissal by an additional twenty-one (21) days, until December 4, 2023.  There are no current conferences scheduled.

(1) the current deadline to file a Stipulation of Dismissal is November 12, 2023 [Dkt. No. 22];

(2) Plaintiff requests the extension because, despite best efforts, the parties have not yet consummated their settlement transaction

(3)  Plaintiff has not made a previous request for an extension;

(4) Defendant Source Digital Inc. consents to the requested relief.

Respectfully submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

```
Application granted.

SO ORDERED.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  November 9, 2023
        New York, New York
```